**RECEIVED**

OCT - 5 2021

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

JONATHAN M. GOULD          ,          )
                                                         )          Case no._____
          v.                                            )
UNITED BROTHERHOOD OF CARPENTERS,  )          _____, 20 21
& JOINERS OF AMERICA
DOUGLAS J. McCARRON          **MEMORANDUM FOR CLERK**

THE UNITED BROTHERHOOD ANNOUNCED A MERGER OF THE
ST. LOUIS- KANSAS CITY CARPENTERS REGIONAL COUNCIL INTO THE
CHICAGO REGIONAL COUNCIL OF CARPENTERS ON 9-29-2021 UNDER
PUBLISHED UBC REPORTS STATING THAT THE STLKC CRC WAS BEING MERGED
INTO THE CRC TO IMPROVE MARKET SHARE, REDUCE COSTS, & BETTER USE
RESOURCES, THIS A FALSE STATEMENT & FOLLOWS A CLEAR PATTERN
DIRECTED BY DOUGLAS McCARRON TO COVERUP ILLEGAL ACTIONS OF
COUNCIL LEADERSHIP BY CLAIMING A MERGER, RATHER THAN A PROPER
TRUSTEESHIP. AL BOND, STLKCCRC'S EXEC. SEC-TREASURER
WAS IN FACT REMOVED FROM OFFICE DUE TO ALLEGATIONS OF
FINANCIAL CRIMES & SEXUAL HARRASSMENT. BY ORDERING
FINANCIAL ACCOUNTS TRANSFERRED TO THE CRC, McCARRON IS
PURPOSELY HINDERING THE MEMBERS RIGHT TO A FORMAL REPORT
FROM HIS OFFICE, FORENSIC ACCOUTING, INTERNAL UNION CHARGES.
THE MEMBERS DID NOTHING WRONG, YET WE PAY FOR AL BOND'S
NUMEROUS VIOLATIONS OF LABOR LAW. McCARRON & THE UBC ARE
THEMSELVES UNDER FEDERAL INVESTIGATION, AND CANNOT
BE TRUSTED TO CARRY THEIR FEDERALLY REQUIRED DUTIES. I
AM PERSONALLY INVOLVED WITH THE FEDERAL PROCESS OF COLLECTING
EVIDENCE AGAINST McCARRON. THE UBC. AND LOCALLY AGAINST AL BOND.
McCARRON HAS VIOLATED OUR UBC CONSTITUTION & FEDERAL LAWS
ADDRESSING TRUSTEESHIP OF SUBORDINATE BODIES. WE (MEMBERS)
REQUEST AN EMERGENCY INJUNCTION TO BLOCK-PAUSE-REVERSE

Please circle which applies:  (Pro se) (Attorney for) Plaintiff
                                          (Pro se) (Attorney for) Defendant

McCARRON & THE UBC'S EFFORTS TO HIDE FRAUD COMMITTED BY
AL BOND AND PUNISH RANK & FILE MEMBERS BY STEALING
THEIR COUNCIL & ITS IDENTITY. PLEASE THE ATTACHED
LETTER TO McCARRON DATED 10-3-21 FOR MORE INTIMATE
DETAILS OF FRAUD & COVERUP OF SAID FRAUD   Jon Gould