RECEIVED
OCT 25 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Jonathan M. Gould,

v.

United Brotherhood of Carpenters & Joiners of America
AND
Douglas J. McCarron

Case no. 4:21-CV-01187 RLW

October 25, 2021

**MEMORANDUM FOR CLERK**

Emergency Motion for Injunction or Stay

Plaintiff, Jonathan M. Gould respectfully move Judge White for an injunction while the defendants are preparing their answers to the plaintiff's pleas. Specifically, plaintiff asks Judge White enjoin the defendants ability to continue merger actions to eliminate the St. Louis - Kansas City Carpenters Regional Council. If allowed to continue merging StL-KC-CRC into the Chicago Regional Council of Carpenters, now the Mid-America Carpenters Regional Council, the court will have allowed the plaintiff's pleas to be decided by time and actions, not merit. Judge White granted the extension of time, therefore plaintiff's ask Judge White to pause merger activities until the case proceeds post defendants answers, or Judge White amends his 10/22 motion granting defendants' motion for ext. of time

Please circle which applies: (Pro se) (Attorney for) Plaintiff
(Pro se) (Attorney for) Defendant

/s/ Jon Gould