UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JONATHAN M. GOULD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:21-cv-001187 RLW |
| UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, | ) ) ) ) |
| and | ) ) |
| DOUGLAS J. MCCARRON, | ) ) |
| Defendants. | ) |

## DECLARATION OF DOUGLAS J. MCCARRON

I, Douglas J. McCarron, declare under penalty of perjury that the following is true and correct:

1. My name is Douglas J. McCarron. I am over the age of 21, of sound mind capable of making this Declaration, and I am personally acquainted with the facts herein.

2. I make this Declaration on the basis of personal knowledge and am competent to testify to same.

3. I am General President of the United Brotherhood of Carpenters and Joiners of America ("UBC" or "International"). I was initially elected to the office of UBC General President in September, 1995, and have been continuously re-elected to this position in August of 2000, 2005, 2010, 2015, and 2020.

4. The UBC is an international labor organization headquartered in Washington D.C. with, as of September 30, 2021, approximately 429,839 members in the United States and Canada with approximately 381 affiliated Local Unions and 24 affiliated Councils.

Exhibit A

5. The UBC is governed by its General Officers, including the General President, who are each elected in accordance with, and under the authority of, the Constitution of the United Brotherhood of Carpenters and Joiners of America and Rules for Subordinate Bodies Under its Jurisdiction ("UBC Constitution"), effective October 1, 2020. Attached hereto as Exhibit A1 is a true and accurate copy of the UBC Constitution.

6. The UBC and its chartered, affiliated subordinate bodies and members are governed by the UBC Constitution.

7. Among the Councils affiliated with the UBC is the Chicago Regional Council of Carpenters ("Chicago Council")[1] and, until September 27, 2021, the St. Louis-Kansas City Carpenters Regional Council ("St. Louis Council"), which was headquartered in St. Louis, Missouri.

8. Recently, the UBC received an anonymous complaint about the St. Louis Council from a purported former employee of the St. Louis Council. Also, Mike Kwiatkowski, a UBC international representative, was approached by a UBC member/St. Louis Council employee with information regarding concerns about the St. Louis Council's operations. Mr. Kwiatkowski informed Mark McGriff, who is the UBC's District Vice President for the Midwestern District, of this information. Mr. McGriff informed me. Three UBC representatives (Daniel Sivertson, Mike Kwiatkowski, and Anthony Pena) were assigned to look into the allegations concerning the St. Louis Council's operations, including allegations of financial malfeasance.

Furthermore, § 10-B of the UBC Constitution provides, in part, that, "(t)he General President may personally, or by deputy, take possession for examinations of all books, papers and other records, including all financial records, of any Local Union, Council of other

---

[1] By letter dated October 25, 2021, the name of the Chicago Council was changed to the Mid-America Carpenters Regional Council.

2

subordinate body, summarily when necessary, and the same shall remain in possession of the General President within the jurisdiction of the Local Union, Council, or other subordinate body until a complete report has been made and filed." (EX "A1", UBC Constitution, § 10-B, p. 10.) On or about September 22, 2021, I issued a directive pursuant to § 10-B so that the firm of Terrence R. Mooney, CPA, could take possession of the records of the St. Louis Council to do a review.

9. Messrs. Pena, Kwiatkowski and Sivertson issued preliminary findings. Mr. Mooney's firm also provided information to UBC officials about his initial findings. The investigations remain ongoing.

10. After consulting with Mr. McGriff, it became apparent that the St. Louis Council was not functioning properly and in the best interests of the membership.

11. In accordance with my authority under § 6-A of the UBC Constitution, after carefully reviewing and considering the matter, I made the determination that it would be in the best interests of the UBC and its members to take action.

12. I subsequently decided that the best way to address the problem was to dissolve the St. Louis Council and merge its geographical and trade jurisdictions into the Chicago Regional Council of Carpenters under the leadership of Executive Secretary-Treasurer Gary Perinar.

13. In a letter dated September 24, 2021 ("September 2021 Restructuring Order"), I directed that action be taken regarding the St. Louis Council and its affiliated Local Unions, pursuant to my authority as General President under § 6-A of the UBC Constitution. The September 2021 Restructuring Order was effective September 27, 2021.

14. In the September 2021 Restructuring Order, I specifically decided and directed that (1) the St. Louis Council be dissolved and its geographical and trade jurisdiction be assigned to the Chicago Council; and (2) the Reaffiliated Local Unions, that is the Local Unions that had been affiliated with the now-former St. Louis Council, became affiliated with the Chicago Council, which is now known as the Mid-America Carpenters Regional Council. The Mid-America Carpenters Regional Council is fully operational and represents more than 50,000 members across Illinois, Missouri, Kansas, and Iowa. As a consequence of the dissolution of the St. Louis Council, the position of Executive Secretary-Treasurer, which was held by Albert Bond, was eliminated.

15. In the September 2021 Restructuring Order, I also directed that, in accordance with the UBC Constitution, the vested membership rights of the members of the former St. Louis Council and the Reaffiliated Local Unions shall be preserved. This includes the rights of the members to vote, run for office, nominate candidates, and participate in meetings.

16. Pursuant to my authority under § 10-M of the UBC Constitution, by letter dated October 25, 2021, I have appointed interim delegates from the Reaffiliated Local Unions to the Chicago Council.

17. In the September 2021 Restructuring Order, I also reminded all officers and members of the affected Local Unions and Councils, including, but not limited to, the former St. Louis Council, and the Reaffiliated Local Unions, of their duties and obligations under the UBC Constitution and the LMRDA.

18. I did not render the September 2021 Restructuring Order in bad faith. I did so because I believe that it is in the best interest of the UBC and the membership, including to ensure better oversight, reduce costs, maximize resources, and increase market competitiveness.

I have no personal interest in and will receive no personal benefit from the outcome of the restructuring.

19. The dissolution and merger has been carried out internally by the UBC.

20. Action taken by me pursuant to § 6-A of the UBC Constitution, including the dissolution and merger of the St. Louis Council, are subject to appeal to the UBC General Executive Board by any member, within 30 days. *See* UBC Const. § 53-H.

21. As of the filing of this Declaration, no such appeal has been taken with respect to the September 2021 Restructuring Order.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 3, 2021.

_____
Douglas J. McCarron