**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JONATHAN M. GOULD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21-cv-001187 RLW |
| | ) |
| UNITED BROTHERHOOD OF CARPENTERS | ) |
| AND JOINERS OF AMERICA, | ) |
| | ) |
| and | ) |
| | ) |
| DOUGLAS J. MCCARRON, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Jason K. Turk of the law firm Blitz, Bardgett & Deutsch, L.C., and hereby enters his appearance on behalf of Defendants United Brotherhood of Carpenters and Joiners of America and Douglas J. McCarron.

Respectfully submitted,

**BLITZ, BARDGETT & DEUTSCH, L.C.**

By:   */s/ Jason K. Turk*
Robert D. Blitz, #24387
Jason K. Turk, #58606
Aaron W. Sanders, #64133
Thomas H. Limbrick, #69196
120 S. Central Avenue, Ste. 1500
St. Louis, Missouri 63105
(314) 863-1500
(314) 863-1877 (facsimile)
rblitz@bbdlc.com
jturk@bbdlc.com
asanders@bbdlc.com
tlimbrick@bbdlc.com

*Attorneys for Defendants*

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was electronically filed with the Clerk of the Court on June 7, 2022, using the CM/ECF filing system and served to Plaintiff Jonathan M. Gould by U.S. Priority Mail at 7357 Providence Drive, Edwardsville, Illinois 62025.

/s/ Jason K. Turk